UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALDET SHALA and MEJREME SHALA,<br><br>                                            Plaintiff,<br><br>- against -<br><br>OCEAN CONDOMINIUMS and NEWPORT MANAGEMENT COMPANY LLC,<br><br>                                           Defendants. | Case No. 1:23-cv-01637-TAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) of record, that the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, that the above-captioned action and all claims therein shall be dismissed in its entirety, with prejudice, in accordance with the terms of the Settlement Agreement; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and that a facsimile or electronic signature on this Stipulation shall have the same force and effect as an original signature.

| | |
|---|---|
| THE ROSE LAW GROUP, PLLC | SMITH BUSS & JACOBS, LLP |
| By: ___/s/Jesse C. Rose_____ | By: ___/s/ Jacqueline L. Aiello_____ |
| Jesse C. Rose, Esq. | Jacqueline L. Aiello, Esq. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 3272 Steinway Street, Suite 503 | 561 Broadway, Suite 9B |
| Astoria, New York 11103 | New York, New York 10012 |
| (718) 989-1864 | (212) 688-2400 |

SO ORDERED on this ____20____ day of ____June____, 2025.

*Taryn A. Merkl*
Hon. Taryn A. Mekrl, U.S.M.J.